Case 7:26-mj-00029-CKM Document 1 Filed 02/23/26 Page 1 of 2 Pageid#: 1
Case: 1:17-cr-00265, Document: 37, Filed: 07-09-2025, Page 1 of 2
7:26mj29

PROB 12C
11/03

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 23, 2026
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  JERMAINE ERICK HART, JR.              Docket Number: 1:17-CR-00265-1

Name of Sentencing Judicial Officer:   The Honorable N. Carlton Tilley, Jr.

Date of Original Sentence:        January 19, 2018

Original Offense: Carry and Use, by Brandishing, a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Original Sentence: Custody of the Bureau of Prisons for a term of 84 months followed by five (5) years of supervised release.

January 8, 2025: Revocation of Supervised Release. Mr. Hart was committed to the custody of the Bureau of Prisons for a period of six (6) months, followed by (48) months of supervised release under the same terms and conditions previously imposed.

Type of Supervision: Supervised Release          Date Second Term of Supervision Commenced: April 2, 2025
Date Term of Supervision Expires: March 2, 2029

Assistant U.S. Attorney: Kyle D. Pousson          Defense Attorney: John A. Dusenbury

## PETITIONING THE COURT

[X]   To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ]   To issue a summons

The probation officer believes that Mr. Hart has violated the following conditions of supervision:

**Violation 1 - You must not commit another federal, state or local crime.**

On May 21, 2025, Mr. Hart was charged by the Durham Police Department (DPD) with Misdemeanor Assault on a Pregnant Women, Misdemeanor Injury to Personal Property and Misdemeanor Crime of Domestic Violence (25CR314226). These offenses occurred on May 21, 2025, and the warrants remain unserved.

According to the DPD incident report, Mr. Hart punched and shattered the vehicle window of Robin Hamilton, then proceeded to punch Ms. Hamilton in the face.

**RE: JERMAINE ERICK HART, JR.** 2

**Violation 2 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On May 9, 2025, Mr. Hart tested positive for cocaine and marijuana. This test was confirmed by Mr. Hart's written admission.

**Violation 3- After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

Mr. Hart has made himself unavailable for supervision and has been unable to be contacted by the probation office since May 21, 2025. As of this writing, his whereabouts are unknown.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on July 9, 2025

Bryson D. Karbley
U.S. Probation Officer

Approved by:

Timothy L. Furlow
Supervisory U.S. Probation Officer

July 9, 2025
Date